IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FOSAMAX <br> PRODUCTS LIABILITY LITIGATION <br> (MDL No. 1789) | JUDGE KEENAN <br><br> Plaintiff Susan A. Unruh <br><br> SDNY Case No. 07-CV-7294 |

### PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **SUSAN A. UNRUH**, by and through counsel, and files this Motion to Substitute Plaintiff's Counsel of Record, and in support state as follows:

1. Attorneys Linda Laurent Thomas of Thomas & Wan, LLP and Joseph V. Gibson of Law Office of Joseph V. Gibson, P.C. currently represent Plaintiff Susan Unruh in this action.

2. Plaintiff desires that said attorneys withdraw as her counsel of record and the following attorneys be substituted as her counsel of record in this action:

>SANFORD STEVENSON RIFF, LLP
>Shelly A. Sanford
>Federal Bar No. 19105
>Marcus L. Stevenson
>Federal Bar No. 22561
>Jeff L. Larson
>Federal Bar No. 23892
>2016 Bissonnet
>Houston, TX 77005
>713-237-1100
>713-237-0278 Fax

3. The aforementioned attorneys of Sanford Stevenson Riff LLP are admitted to practice in the Southern District of New York and/or are admitted to practice Pro Hac Vice in

this MDL proceeding and serve as members on the Plaintiff Steering Committee and/or its various committees.

4. Plaintiff Susan Unruh expressly approves of this substitution of counsel and requests the Court grant this motion.

5. This substitution of counsel is not being taken for the purpose of delay.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that the Court grant her Motion to Substitute Plaintiff's Attorney of Records.

Respectfully submitted,

| THOMAS & WAN LLP | SANFORD STEVENSON RIFF LLP |
|---|---|
| /s/ (signature) | /s/ Shelly A. Sanford |
| Linda Laurent Thomas | Shelly Sanford |
| Federal Bar No. 10516 | Federal Bar No. 19105 |
| 909B West Main | Marcus Stevenson |
| Houston, TX 77006 | Federal Bar No. 22561 |
| 713-529-1177 | Jeff L. Larson |
| 713-529-1116 Fax | Federal Bar No. 23892 |
| | 2016 Bissonnet |
| | Houston, TX 77005 |
| LAW OFFICE OF JOSEPH V. GIBSON | 713-237-1100 |
| | 713-237-0278 Fax |
| Joseph V. Gibson | |
| Federal Bar No. 24007236 | |
| 2900 Weslayan, Suite 580 | |
| Houston, TX 77027 | |
| 713-333-4313 | |
| 713-333-4315 Fax | |

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion to Substitute Counsel filed on behalf of Plaintiff Susan Unruh was sent to all known counsel of record via the Court's electronic filing system on this 29th day of August 2007.

                                                /s/ Shelly A. Sanford
                                                Shelly A. Sanford