IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| § | JUDGE KEENAN |
| IN RE: FOSAMAX § | |
| PRODUCTS LIABILITY LITIGATION § | |
| (MDL No. 1789) § | Plaintiff Susan A. Unruh |
| § | |
| § | SDNY Case No. 07-CV-7294 |

### AFFIDAVIT OF LINDA LAURENT THOMAS

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day appeared Linda Laurent Thomas, who upon her oath states the following:

1. My name is Linda Laurent Thomas. I am at least 21 years of age, of sound mind, capable of making this affidavit, and fully competent to testify to the matters stated herein. I have personal knowledge of the statements contained herein, and they are true and correct.

2. I am licensed to practice law in the State of Texas and am in good standing with all federal bars of the United States District Courts to which I am admitted. I represent Plaintiff Susan A. Unruh in the above-described action. Ms. Unruh now desires that I no longer represent her in this matter and that the attorneys of the law firm Sanford Stevenson Riff, LLP be substituted as counsel of record.

3. The above-referenced case was tagged to the MDL on August 16, 2007. Plaintiff's responses to her Plaintiff Profile Form (PPF) and all attachments are due on October 15, 2007. As of the filing of Plaintiff's Motion to Substitute Counsel of Record, there are no pending motions particularly related to Susan Unruh's case.

4. I have obtained Plaintiff Susan A. Unruh's express consent to withdraw as her attorney of record in this matter and the attorneys of the firm Sanford Stevenson Riff, LLP be substituted as counsel of record.

FURTHER AFFIANT SAYETH NOT.

_____
Linda Laurent Thomas

SUBSCRIBED and SWORN TO before me, the undersigned authority, on this 1st day of August 2007.



_____
Notary Public for the State of Texas