IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION (MDL No. 1789) § § § § § § | JUDGE KEENAN <br><br> Plaintiff Susan A. Unruh <br><br> SDNY Case No. 07-CV-7294 |

### ORDER GRANTING MOTION TO SUBSTITUTE PLAINTIFF'S COUNSEL OF RECORD

On this _____ day of _____, 2007, the Court considered Plaintiff Susan Unruh's Motion to Substitute Counsel of Record. After reviewing the motion and affidavits of original Plaintiff's counsel, the Court finds satisfactory reason to grant the motion.

Therefore, IT IS ORDERED that Shelly A. Sanford, Marcus L. Stevenson, and Jeff L. Larson of the law firm Sanford Stevenson Riff LLP are hereby substituted as Plaintiff Susan A. Unruh's attorneys of record in this action from this day forward.

SIGNED this _____ day of _____, 2007.

_____
John F. Keenan
United States District Judge