ATTY_PEND, CLOSED, JURYDEMAND, REMAND, STAYED

# U.S. District Court
## United States District Court for the Western District of Washington (Tacoma)
### CIVIL DOCKET FOR CASE #: 3:07-cv-05314-FDB
### Internal Use Only

Unruh v. Merck & Co., Inc.
Assigned to: Hon. Franklin D. Burgess
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/25/2007
Date Terminated: 08/13/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Susan A Unruh**　　　　　　　　　　　　　　　represented by **Susan A Unruh**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

V.

**Defendant**

**Merck & Co., Inc.**　　　　　　　　　　　　　represented by **Arissa M Peterson**
*a New Jersey corporation*　　　　　　　　　　　　　　　　　　　WILLIAMS KASTNER & GIBBS (SEA)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　601 UNION ST
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　STE 4100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SEATTLE, WA 98101
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　206-628-6600
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: FAX 628-6611
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: apeterson@williamskastner.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Douglas A Hofmann**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAMS KASTNER & GIBBS (SEA)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　601 UNION ST
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　STE 4100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SEATTLE, WA 98101
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　206-628-6600
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: FAX 628-6611
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: dhofmann@williamskastner.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

[Stamp: AUG 30 2007]

[Certification stamp:] I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office. BRUCE RIFKIN, Clerk, U.S. District Court, Western District of Washington By _____ Deputy Clerk

V.

**Interested Party**

Linda Laurent Thomas          represented by    **Linda Laurent Thomas**
909B West Main
Houston, TX 77006
713-529-1177
PRO SE

**Interested Party**

Joseph V Gibson          represented by    **Joseph V Gibson**
2900 Weslayan
Suite 580
Houston, TX 77027
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2007 | 1 | COMPLAINT against defendant(s) all defendants (Receipt # T2256), filed by Susan A Unruh. (Attachments: # 1 Civil Cover Sheet)(RM, ) (Entered: 07/02/2007) |
| 07/02/2007 | 2 | Letter to Counsel advising of requirement to associate local counsel in this district and to make application to appear pro hac vice (RM, ) (Entered: 07/02/2007) |
| 07/16/2007 | 3 | VOLUNTARY MOTION/NOTICE of Dismissal without prejudice by Plaintiff Susan A Unruh. (Attachments: #(1) Proposed Order)Noting Date 7/16/2007.(CMG, ) (Entered: 07/25/2007) |
| 07/31/2007 | 4 | NOTICE of Appearance by attorney Douglas A Hofmann on behalf of Defendant Merck & Co., Inc.. (Hofmann, Douglas) (Entered: 07/31/2007) |
| 07/31/2007 | 5 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1.. (Hofmann, Douglas) (Entered: 07/31/2007) |
| 07/31/2007 | 6 | RESPONSE, by Defendant Merck & Co., Inc., to 3 MOTION to Dismiss. (Hofmann, Douglas) (Entered: 07/31/2007) |
| 08/01/2007 | 7 | ANSWER to Complaint with JURY DEMAND by Merck & Co., Inc.. (Hofmann, Douglas) (Entered: 08/01/2007) |
| 08/06/2007 | 11 | NOTICE withdrawing 3 voluntary notice of dismissal w/o prejudice by plaintiff Susan A Unruh. (DF, ) (Entered: 08/10/2007) |
| 08/06/2007 | 12 | NOTICE REQUESTING CASE TRANSFER TO MDL 1789 re 9 Joint MOTION to Stay *Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation* ; filed by Interested Party Linda Laurent Thomas attorney for plaintiff. (DF, ) (Entered: 08/15/2007) |
| 08/08/2007 | 8 | ORDER denying 3 Plaintiff's Motion to Voluntarily Dismiss Without Prejudice by Judge Franklin D. Burgess.(BWM) (Entered: 08/08/2007) |

| | | |
|---|---|---|
| 08/09/2007 | ●9 | Joint MOTION to Stay *Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation* by Defendant Merck & Co., Inc.. (Hofmann, Douglas) (Entered: 08/09/2007) |
| 08/09/2007 | ●10 | PROPOSED ORDER (Unsigned) re 9 Joint MOTION to Stay *Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation* (Hofmann, Douglas) (Entered: 08/09/2007) |
| 08/13/2007 | ●14 | ORDER BY MDL panel re MDL 1789((CTO 29) received and filed on 8/13/2007. The actions listed on the attached schedule are hereby transferred under 28 USC 1407 to the Southern District of New York for the reasons stated in the order on 8/16/2006, and with the consent of that court assigned to the Honorable John F. Keenan.(TS, ) Modified text on 8/20/2007 (TS, ). (Entered: 08/17/2007) |
| 08/15/2007 | ●13 | ORDER granting 9 Motion to Stay Pending Transfer by the Judicial Panel on Multidistrict Litigation by Judge Franklin D. Burgess.(BWM) (Entered: 08/15/2007) |
| 08/20/2007 | ●15 | MDL 1789 CONDITIONAL TRANSFER ORDER (CTO 29); in re Fosamax Products; Southern Dist of NY; assigned to Judge John K. Keenan under case no. 07 cv 7294. (RS, ) (Entered: 08/23/2007) |