## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN  1717 Pacific Ave, Room 3100
CLERK  Tacoma, WA 98402

July 2, 2007

Re: <u>Susan A Unruh vs Merck & Co., Inc</u>, CV07-5314FDB

Dear Counsel:

The above-referenced case has been received and assigned to the Honorable Franklin D Burgess.

This letter is to advise you that pursuant to our local rule GR 2(d)[*], you are required to associate local counsel in this district as well as make application to appear and participate. The *pro hac vice* application requires a $75.00 fee. Please have local counsel file their appearances as soon as possible.

Pursuant to Local Civil Rule 101©), if a motion is pending and undecided in the state court at the time of removal, it will not be considered unless and until the moving party notes the motion on this court's calendar in accordance with Local Civil Rule 7(d).

Local rules and other information for the court may be found on the court's website at: www.wawd.uscourts.gov.

Thank you for your cooperation.

Sincerely,

BRUCE RIFKIN, CLERK

By:  /s/ Rhonda Miller
      Deputy Clerk

---

[*] "Any member in good standing of the bar of any court of the United States, or of the highest court of any other state, or of any organized territory of the United States, and who neither resides nor maintains an office for the practice of law in the Western District of Washington normally will be permitted upon application and upon a showing of particular need to appear and participate in a particular case if there shall be joined of record in such appearance an associate attorney having an office in this district and admitted to practice in this court who shall sign all pleadings prior to filing and otherwise comply with CR 10(e) hereof. Attorneys who are admitted to the bar of this court but reside outside the district need not associate with local counsel.

Such application shall be promptly filed with the clerk and shall set forth: (1) the name and address of the applicant's law form; (2) the basis upon which "particular need" is claimed; (3) a statement that the applicant understands that he is charged with knowing and complying with all applicable local rules; (4) a statement that the applicant has not been disbarred or formally censured by a Court of record or by a state bar association; and (5) a statement that there are not pending disciplinary proceedings against the applicant. This application shall be accompanied by a representation by local counsel that he is authorized and will be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present upon any date assigned by the court. Applications filed under this rule will be approved or disapproved by the clerk." GR 2(d).