IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| SUSAN A. UNRUH<br>    PLAINTIFF<br><br>V.<br><br>MERCK & CO., INC.<br>a New Jersey corporation<br>    DEFENDANT | )<br>)<br>)<br>)<br>)  Civil Action No. C07-5314 FDB<br>)<br>)<br>)<br>) |

*FILED* *RECEIVED* JUL 1 6 2007 CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA

### VOLUNTARY NOTICE OF DISMISSAL
### WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rules of Civil Procedure, Susan A. Unruh, Plaintiff in the above-captioned matter entitled Susan A. Unruh v. Merck & Co., Inc., Case No. C07-5314 FDB no longer seeks to prosecute her individual claims against Defendant Merck & Co., Inc.

Plaintiff Susan A. Unruh respectfully moves this Court to enter an Order dismissing Plaintiff Susan A. Unruh in her individual action without prejudice.

Each party is to bear their own costs.

Dated this 12th day of July, 2007.



07-CV-05314-M

Respectfully submitted,

THOMAS & WAN, LLP

By: _____
LINDA LAURENT THOMAS
State Bar No. 12580850
FBN: 10516
MICHELLE W. WAN
State Bar No. 24033432
FBN: 30342
909B West Main
Houston, Texas 77006
(713) 529-1177
(713) 529-1116 Fax

JOSEPH V. GIBSON
State Bar No. 24007236
LAW OFFICE OF JOSEPH V. GIBSON, P.C.
2900 Weslayan, Suite 580
Houston, TX, 77027
(713) 333-4313
(713) 333-4315 Fax

**ATTORNEYS FOR PLAINTIFF**