The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUSAN A. UNRUH, | NO. C07-5314 FDB |
| Plaintiff, | APPEARANCE OF MERCK & CO., INC. |
| v. | |
| MERCK & CO., INC. a New Jersey corporation, | |
| Defendant. | |

COMES NOW defendant, Merck & Co., Inc., and herewith enters an appearance in the above-entitled action through Williams, Kastner & Gibbs PLLC, attorneys of record, and requests that all further pleadings herein, exclusive of process, be served upon said attorneys at their office address below stated.

//
//
//
//
//
//

APPEARANCE OF MERCK & CO., INC.- 1
(C07-5314 FDB)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2078396.1

1

DATED this 31st day of July, 2007.

2

3    s/Douglas A. Hofmann, WSBA #06393
     Arissa M. Peterson, WSBA #31875
4    Attorneys for Defendant Merck & Co., Inc.
     WILLIAMS, KASTNER & GIBBS PLLC
     601 Union Street, Suite 4100
5    Seattle, WA  98101-2380
     Telephone:  (206) 628-6600
6    Fax:  (206) 628-6611
     Email:  dhofmann@williamskastner.com
7            apeterson@williamskastner.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

APPEARANCE OF MERCK & CO., INC.- 2
(C07-5314 FDB)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2078396.1


CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by Overnight Mail the document to the following non CM/ECF participants:

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR PLAINTIFF: |
|---|---|
| Linda Laurent Thomas<br>Michelle W. Wan<br>THOMAS & WAN LLP<br>909B West Main<br>Houston, TX 77006 | Joseph V. Gibson<br>LAW OFFICE OF JOSEPH V. GIBSON, P.C.<br>2900 Weslayan, Suite 580<br>Houston, TX 77027 |

DATED this 31st day of July, 2007.

s/Douglas A. Hofmann, WSBA #06393
Arissa M. Peterson, WSBA #31875
Attorneys for Defendant Merck & Co., Inc.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
Email:  dhofmann@williamskastner.com
         apeterson@williamskastner.com

APPEARANCE OF MERCK & CO., INC.- 3
(C07-5314 FDB)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2078396.1