The Honorable Franklin D. Burgess

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUSAN A. UNRUH,

          Plaintiff,

     v.

MERCK & CO., INC.
a New Jersey corporation,

          Defendant.

NO. C07-5314 FDB

RULE 7.1 CORPORATE DISCLOSURE
STATEMENT OF MERCK & CO., INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

//
//
//
//
//
//

RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF MERCK
& CO., INC. 1
(C07-5314 FDB)

2078412.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1

2        DATED this <u>31st </u>day of July, 2007.

3                                          <u>s/Douglas A. Hofmann, WSBA #06393</u>
                                           Arissa M. Peterson, WSBA #31875
4                                          Attorneys for Defendant Merck & Co., Inc.
                                           WILLIAMS, KASTNER & GIBBS PLLC
5                                          601 Union Street, Suite 4100
                                           Seattle, WA  98101-2380
6                                          Telephone:  (206) 628-6600
                                           Fax:  (206) 628-6611
7                                          Email:   dhofmann@williamskastner.com
                                                     apeterson@williamskastner.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF MERCK        **Williams, Kastner & Gibbs PLLC**
& CO., INC. 2                                          601 Union Street, Suite 4100
(C07-5314 FDB)                                         Seattle, Washington 98101-2380
                                                       (206) 628-6600

2078412.1

1

<u>CERTIFICATE OF SERVICE</u>

2
    I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk

3
of the Court using the CM/ECF system and I hereby certify that I have mailed by Overnight

4
Mail the document to the following non CM/ECF participants:

5

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR PLAINTIFF: |
|---|---|
| Linda Laurent Thomas<br>Michelle W. Wan<br>THOMAS & WAN LLP<br>909B West Main<br>Houston, TX 77006 | Joseph V. Gibson<br>LAW OFFICE OF JOSEPH V.<br>GIBSON, P.C.<br>2900 Weslayan, Suite 580<br>Houston, TX 77027 |

9
    DATED this 31st day of July, 2007.

10

11
                                s/Douglas A. Hofmann, WSBA #06393
                                Arissa M. Peterson, WSBA #31875
                                Attorneys for Defendant Merck & Co., Inc.
12
                                WILLIAMS, KASTNER & GIBBS PLLC
                                601 Union Street, Suite 4100
13
                                Seattle, WA  98101-2380
                                Telephone:  (206) 628-6600
14
                                Fax:  (206) 628-6611
                                Email:  dhofmann@williamskastner.com
15
                                        apeterson@williamskastner.com

16

17

18

19

20

21

22

23

24

25

RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF MERCK
& CO., INC. 3
(C07-5314 FDB)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2078412.1