The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUSAN A. UNRUH,<br><br>    Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.<br>a New Jersey corporation,<br><br>    Defendant. | NO. C07-5314 FDB<br><br>JOINT MOTION TO STAY PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

The parties to this action jointly move the Court to stay all proceedings in the above captioned case, pending its transfer to *In re Fosamax Products Liability Litigation,* MDL No. 1789, the multidistrict litigation proceeding that was established in the Southern District of New York to coordinate all federal FOSAMAX® ("Fosamax") product liability cases.

On August 16, 2006, the Judicial Panel on Multidistrict Litigation ("MDL Panel") issued an order transferring 18 Fosamax products liability cases to the United States District Court for the Southern District of New York (Keenan, J.) for coordinated pretrial proceedings under 28 U.S.C. § 1407. *In re Fosamax Products Liability Litigation,* MDL No. 1789. As of this date, the MDL Panel has issued 30 Conditional Transfer Orders requiring the transfer of over 80 actions to MDL 1789, where a total of 230 cases are now pending, including both the transferred cases and cases filed directly in the transferee court.

JOINT MOTION TO STAY ALL PROCEEDINGS PENDING
TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION - 1
(C07-5314 FDB)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2079526.1

1    On July 5, 2007, Merck provided the MDL Panel with notice of this action pursuant to
2    the "tag-along" procedure contained in the MDL Rules. (A copy of the letter is attached hereto
3    as Exhibit A.) On July 23, 2007, the Panel issued conditional transfer order ("CTO") 29 as to
4    this action. (A copy of CTO 29 is attached hereto as Exhibit B.) Because neither party will
5    oppose transfer, and the case will likely be transferred, a stay will preserve the resources of the
6    Court and the parties involved.

7    For the foregoing reasons, the parties respectfully request that the Court grant their joint
8    motion to stay all proceedings in this action pending its transfer to MDL-1789.

9    DATED this 9th day of August, 2007.

s/Douglas A. Hofmann, WSBA #06393
Arissa M. Peterson, WSBA #31875
Attorneys for Defendant Merck & Co., Inc.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: dhofmann@williamskastner.com
       apeterson@williamskastner.com

Per e-mail authorization:
s/Linda Laurent Thomas
Linda Laurent Thomas
Michelle W. Wan
Attorneys for Plaintiff
THOMAS & WAN LLP
909B West Main
Houston, TX 77006

Joseph V. Gibson
LAW OFFICE OF JOSEPH V. GIBSON, P.C.
2900 Weslayan, Suite 580
Houston, TX 77027

JOINT MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - 2
(C07-5314 FDB)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2079526.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed via U.S. Mail postage pre-paid the document to the following non CM/ECF participants:

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR PLAINTIFF: |
|---|---|
| Linda Laurent Thomas<br>Michelle W. Wan<br>THOMAS & WAN LLP<br>909B West Main<br>Houston, TX 77006 | Joseph V. Gibson<br>LAW OFFICE OF JOSEPH V. GIBSON, P.C.<br>2900 Weslayan, Suite 580<br>Houston, TX 77027 |

DATED this 9th day of August, 2007.

s/Douglas A. Hofmann, WSBA #06393
Arissa M. Peterson, WSBA #31875
Attorneys for Defendant Merck & Co., Inc.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: dhofmann@williamskastner.com
apeterson@williamskastner.com

JOINT MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - 3
(C07-5314 FDB)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2079526.1