The Honorable Franklin D. Burgess

1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUSAN A. UNRUH,

          Plaintiff,

   v.

MERCK & CO., INC.
a New Jersey corporation,

         Defendant.

NO. C07-5314 FDB

ORDER STAYING PROCEEDINGS
PENDING TRANSFER BY THE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
[PROPOSED]

15       THIS MATTER having come before the Court on the parties' Joint Motion to Stay

16  Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation, and

17  the Court being fully advised and having reviewed the Joint Motion,

18       IT IS HEREBY ORDERED, ADJUDGED and DECREED all proceedings in the above

19  case are stayed.

20       DATED this _____ day of _____, 2007

21
22
23                         _____
                              HONORABLE FRANKLIN D. BURGESS
24                              United States District Judge
25

ORDER STAYING ALL PROCEEDINGS PENDING TRANSFER BY
THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
[PROPOSED]- 1
(C07-5314 FDB)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2079696.1

1   PRESENTED BY:

2

3   s/Douglas A. Hofmann, WSBA #06393
    Arissa M. Peterson, WSBA #31875
4   Attorneys for Defendant Merck & Co., Inc.
    WILLIAMS, KASTNER & GIBBS PLLC
5   601 Union Street, Suite 4100
    Seattle, WA  98101-2380
6   Telephone:  (206) 628-6600
    Fax:  (206) 628-6611
7   Email:  dhofmann@williamskastner.com
            apeterson@williamskastner.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Per e-mail authorization:
s/Linda Laurent Thomas
Linda Laurent Thomas
Michelle W. Wan
Attorneys for Plaintiff
THOMAS & WAN LLP
909B West Main
Houston, TX 77006

Joseph V. Gibson
LAW OFFICE OF JOSEPH V. GIBSON,
P.C.
2900 Weslayan, Suite 580
Houston, TX 77027

ORDER STAYING ALL PROCEEDINGS PENDING TRANSFER BY
THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
[PROPOSED]- 2
(C07-5314 FDB)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2079696.1