FILED _____ LODGED
_____ RECEIVED

AUG 0 6 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | | |
|---|---|---|
| SUSAN A. UNRUH | ) | |
| PLAINTIFF | ) | |
| | ) | |
| | ) | |
| V. | ) | Civil Action No. C07-5314 FDB |
| | ) | |
| MERCK & CO., INC. | ) | |
| a New Jersey corporation | ) | |
| DEFENDANT | ) | |

## NOTICE WITHDRAWING PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Susan A. Unruh, Plaintiff in the above-captioned matter entitled Susan A. Unruh v. Merck & Co., Inc., Case No. C07-5314 FDB, and requests that the Notice of Voluntary Dismiss Without Prejudice filed with this Court on July 16, 2007 be withdrawn.

Dated this 1st day of August, 2007.

Respectfully submitted,

THOMAS & WAN, LLP



By:_____
LINDA LAURENT THOMAS
State Bar No. 12580850
FBN: 10516
MICHELLE W. WAN
State Bar No. 24033432
FBN: 30342
909B West Main
Houston, Texas 77006
(713) 529-1177
(713) 529-1116 Fax

07-CV-05314-NTC

2

JOSEPH V. GIBSON
State Bar No. 24007236
LAW OFFICE OF JOSEPH V. GIBSON, P.C.
2900 Weslayan, Suite 580
Houston, TX, 77027
(713) 333-4313
(713) 333-4315 Fax

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record this 1st day of August 2007 by certified mail, return receipt requested; regular mail; hand delivery and/or facsimile.

Douglas A. Hofmann
Arissa M. Peterson
Williams, Kastner & Gibbs, PLLC
601 Union Street, Sutie 4100
Seattle, Washington 98101
206-628-6600
206-628-6611 Fax
*Attorneys for Defendant Merck & Co., Inc.*

LINDA LAURENT THOMAS

3