```
                                            FILED
                                            RECEIVED
         IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON      AUG 0 6 2007
                   TACOMA DIVISION
                                            CLERK U.S. DISTRICT COURT
                                         WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                         BY
```

SUSAN A. UNRUH )
    PLAINTIFF )
)
)
V. ) Civil Action No. C07-5314 FDB
)
MERCK & CO., INC. )
a New Jersey corporation )
    DEFENDANT )

## NOTICE REQUESTING CASE TRANSFER TO MDL 1789

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Susan A. Unruh, Plaintiff in the above-captioned matter entitled Susan A. Unruh v. Merck & Co., Inc., Case No. C07-5314 FDB, and requests that this action be transferred to MDL 1789, *In Re: Fosamax Products Liability Litigation,* pending in the United States District Court for the Southern District of New York.

This action has been included on a Conditional Transfer Order to be transferred to MDL 1789, *In Re: Fosamax Products Liability Litigation.* Accordingly, Plaintiff asks that this case be transferred into MDL 1789.

Dated this 1st day of August, 2007.



07-CV-05314-REQ

Respectfully submitted,

THOMAS & WAN, LLP

By: _____
LINDA LAURENT THOMAS
State Bar No. 12580850
FBN: 10516
MICHELLE W. WAN
State Bar No. 24033432
FBN: 30342
909B West Main
Houston, Texas 77006
(713) 529-1177
(713) 529-1116 Fax

JOSEPH V. GIBSON
State Bar No. 24007236
LAW OFFICE OF JOSEPH V. GIBSON, P.C.
2900 Weslayan, Suite 580
Houston, TX, 77027
(713) 333-4313
(713) 333-4315 Fax

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record this 1st day of August 2007 by certified mail, return receipt requested; regular mail; hand delivery and/or facsimile.

Douglas A. Hofmann
Arissa M. Peterson
Williams, Kastner & Gibbs, PLLC
601 Union Street, Sutie 4100
Seattle, Washington 98101
206-628-6600
206-628-6611 Fax
*Attorneys for Defendant Merck & Co., Inc.*

LINDA LAURENT THOMAS