The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUSAN A. UNRUH,<br><br>       Plaintiff,<br><br>   v.<br><br>MERCK & CO., INC.<br>a New Jersey corporation,<br><br>       Defendant. | NO. C07-5314 FDB<br><br>ORDER STAYING PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

THIS MATTER having come before the Court on the parties' Joint Motion to Stay Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation, and the Court being fully advised and having reviewed the Joint Motion,

IT IS HEREBY ORDERED, ADJUDGED and DECREED all proceedings in the above case are stayed.

DATED this 15th day of August 2007.

_/s/ Franklin D. Burgess_
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER STAYING ALL PROCEEDINGS PENDING TRANSFER BY
THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
[PROPOSED]- 1
(C07-5314 FDB)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2079696.1

PRESENTED BY:

s/Douglas A. Hofmann, WSBA #06393
Arissa M. Peterson, WSBA #31875
Attorneys for Defendant Merck & Co., Inc.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
Email:  dhofmann@williamskastner.com
             apeterson@williamskastner.com

Per e-mail authorization:
s/Linda Laurent Thomas
Linda Laurent Thomas
Michelle W. Wan
Attorneys for Plaintiff
THOMAS & WAN LLP
909B West Main
Houston, TX 77006

Joseph V. Gibson
LAW OFFICE OF JOSEPH V. GIBSON, P.C.
2900 Weslayan, Suite 580
Houston, TX 77027

ORDER STAYING ALL PROCEEDINGS PENDING TRANSFER BY
THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
[PROPOSED]- 2
(C07-5314 FDB)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2079696.1