DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
IN RE: Fosamax Products Liability          :
Litigation, 1:06-md-1789  (JFK)            :        **Order**
----------------------------------------x
*This Document Relates to:*  All Actions   :
                                           :
----------------------------------------x

**JOHN F. KEENAN, United States District Judge:**

Section 2(a) of the Court's practices generally
requires a pre-motion conference before a party may make any
motion.  This requirement is hereby waived with respect to
motions to remand filed in this multi-district litigation because
the jurisdictional issues typically raised by such motions can be
resolved more efficiently without a conference.  Accordingly, it
is ORDERED that plaintiffs may file motions to remand without
first requesting a pre-motion conference.


**SO ORDERED.**

**Dated:**     New York, New York
            November / 4, 2007


                              _____
                              **JOHN F. KEENAN**
                              **United States District Judge**