UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

**ORDER FOR ADMISSION PRO HAC VICE**

Considering the Certificate of Good Standing and all other documents required by Case Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

    Applicant's Name: S. Keenan Carter

    Firm Name: Waller, Lansden, Dortch & Davis, LLP

    Address: 511 Union Street, Suite 2700

    City/State/Zip: Nashville, TN 37219

    Telephone/Fax: (615) 244-6380/ (615) 244-6804

    Email Address: keenan.carter@wallerlaw.com

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York.

Dated: May __, 2008
New York, New York

_____
United States District Judge

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} ss.

MIDDLE DISTRICT OF TENNESSEE

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY That **S. KEENAN CARTER** was duly admitted to practice in said Court on **June 25th, 2004**, and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on May 22, 2008.



KEITH THROCKMORTON, CLERK


By Elaine J. Hawkins
Deputy Clerk